Stephanie R. Tatar – State Bar No. 237792
**TATAR LAW FIRM, APC**
3500 West Olive Avenue, Suite 300
Burbank, California 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@thetatarlawfirm.com

*Attorney for Plaintiff Shirley Nadine Wilson*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| **SHIRLEY NADINE WILSON**<br><br>**Plaintiff,**<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>**Defendant.** | **CIVIL ACTION NO. 8:17-CV-2258**<br><br>**COMPLAINT FOR VIOLATIONS OF FAIR CREDIT REPORTING ACT**<br><br>**DEMAND FOR JURY TRIAL** |

## PRELIMINARY STATEMENT

1.      This is an action for damages brought by an individual consumer, Shirley Nadine Wilson against Experian Information Solutions, Inc. for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681, *et seq., as amended*.

## JURISDICTION AND VENUE

2.      Jurisdiction of this Court arises under 15 U.S.C. § 1681p, 28 U.S.C. §§ 1331 and 1337.

3.      Venue lies in this district pursuant to 28 U.S.C. § 1391(b).

## PARTIES

4.      Plaintiff Shirley Nadine Wilson is an adult individual residing in Greenville, NC.

5.     Defendant Experian Information Solutions, Inc. is a business entity and consumer reporting agency that regularly conducts business in the Central District of California, and which has its headquarters and a principal place of business located at 475 Anton Boulevard, Costa Mesa, CA.

## FACTUAL ALLEGATIONS

6.     Defendant has been reporting derogatory and inaccurate statements and information relating to Plaintiff and Plaintiff's credit history to third parties ("inaccurate information") from at least December 3, 2017 through present. The inaccurate information includes accounts with Webbank/ Fingerhut, Wells Fargo Dealer Services and Santander Consumer USA, as well as personal identifying information.

7.     The inaccurate information negatively reflects upon the Plaintiff, Plaintiff's credit repayment history, Plaintiff's financial responsibility as a debtor and Plaintiff's creditworthiness.  The inaccurate information consists of accounts and/or tradelines that do not belong to the Plaintiff, and that actually belong to another consumer.  Due to Defendant's faulty procedures, Defendant mixed the credit file of Plaintiff and that of another consumer, "Shirley A. Harris," with respect to the inaccurate information and other personal identifying information.

8.     Defendant has been reporting the inaccurate information through the issuance of false and inaccurate credit information and consumer credit reports that they have disseminated to various persons and credit grantors, both known and unknown.  Defendant has repeatedly published and disseminated consumer reports to such third parties from at least December 3, 2017 through the present.

9.     Plaintiff's credit report and file has been obtained from Defendant and have been reviewed by prospective and existing credit grantors and extenders of credit, and the inaccurate information has been a substantial factor in precluding Plaintiff from receiving different credit offers and opportunities, known and

COMPLAINT FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT

DEMAND FOR JURY TRIAL

unknown. Plaintiff's credit reports have been obtained from Defendant by such third parties from at least December 3, 2017 through the present.

10. As a result of Defendant's conduct, Plaintiff has suffered actual damages in the form of lost credit opportunities, harm to credit reputation and credit score, and emotional distress including anxiety, frustration, embarrassment and humiliation.

11. At all times pertinent hereto, Defendant was acting by and through its agents, servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of the Defendant herein.

12. At all times pertinent hereto, the conduct of the Defendant, as well as that of its agents, servants and/or employees, was intentional, willful, reckless, and in grossly negligent disregard for federal laws and the rights of the Plaintiff herein.

### COUNT ONE – VIOLATIONS OF THE FCRA

### (Plaintiff v. Defendant)

13. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

14. At all times pertinent hereto, Defendant was a "person" and a "consumer reporting agency" as those terms are defined by 15 U.S.C. § 1681a(b) and (f).

15. At all times pertinent hereto, Plaintiff was a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

16. At all times pertinent hereto, the above-mentioned credit reports were "consumer reports" as that term is defined by 15 U.S.C. § 1681a(d).

17. Pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o, Defendant is liable to the Plaintiff for willfully and negligently failing to comply with the

COMPLAINT FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT
DEMAND FOR JURY TRIAL

requirements imposed on a consumer reporting agency of information pursuant to 15 U.S.C. § 1681e(b).

18.    The conduct of Defendant was a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, actual damages and harm to the Plaintiff that are outlined more fully above and, as a result, Defendant is liable to the Plaintiff for the full amount of statutory, actual and punitive damages, along with the attorney's fees and the costs of litigation, as well as such further relief, as may be permitted by law.

### JURY TRIAL DEMAND

19.    Plaintiff demands trial by jury on all issues so triable.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray that relief be granted as follows:

      (a)    Actual damages;

      (b)    Statutory damages;

      (c)    Punitive damages;

      (d)    Costs and reasonable attorney's fees; and

      (e)    Such other and further relief as may be just and proper.

Respectfully Submitted,

THE TATAR LAW FIRM

BY: _____

Stephanie Tatar

Attorney for Plaintiff

DATE: December 28, 2017

COMPLAINT FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT
DEMAND FOR JURY TRIAL